IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID PITLOR,

Plaintiff,

vs.

CHARLES SCHWAB & CO., INC.,

Defendant.

8:26-CV-744

ORDER

This matter is before the Court on its own motion. Plaintiff David Pitlor filed a Notice of Appeal (filing 2), but failed to include the $605.00 filing and docket fees. The appellant may either submit the $605.00 filing and docket fees to the clerk's office or file a motion to proceed in forma pauperis.

IT IS ORDERED:

1. The appellant is directed to submit the $605.00 fees to the clerk's office or file a motion to proceed in forma pauperis.

2. The Clerk of the Court is directed to set a case management deadline in this matter for December 29, 2026: with the following text: Check for motion to proceed in forma pauperis or payment of $605 appellate filing fee.

Dated this 25th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge